IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:22CR92** |
| vs. | |
| ANGELO VIDALES, | ORDER |
| Defendant. | |

The court, having granted Motion to Withdraw as Counsel (Filing No. 94), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Douglas J. Amen, 144 South 39th Street, Suite L3, Omaha, NE 68131, (402) 999-8085, is appointed to represent Angelo Vidales for the balance of these proceedings pursuant to the Criminal Justice Act. Kevin A. Ryan shall forthwith provide Douglas J. Amen any discovery materials provided to the defendant by the government and any such other materials obtained by Kevin A. Ryan which are material to Angelo Vidales' defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Douglas J. Amen.

DATED this 10th day of January, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge