IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANGELO VIDALES,<br><br>    Defendant. | 8:22-CR-92<br><br>ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING NEW COUNSEL |

  This matter is before the Court on Douglas J. Amen's Motion to Withdraw as Counsel. Filing 204. For the reasons stated in Mr. Amen's Motion, the Court finds good cause to permit his withdrawal in this case. Mr. Amen's Motion is granted and his appearance as counsel is hereby deemed withdrawn. However, the above-named named defendant remains eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the Amended Criminal Justice Act Plain for the District of Nebraska. Accordingly,

  IT IS ORDERED:

1. Douglas J. Amen's Motion to Withdraw as Counsel, Filing 204, is granted;

2. Kenneth F. Jacobs, 209 S. 19th St., Suite 340, 402-346-8865, is appointed to represent Angelo Vidales for the balance of these proceedings pursuant to the Criminal Justice Act. Douglas J. Amen shall forthwith provide Mr. Jacobs with any discovery materials provided to the defendant by the Government and any such other materials obtained by Douglas J. Amen which are material to Angelo Vidales' case;

3. The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Kenneth J. Jacobs.

Dated this 12th day of February, 2024.

                BY THE COURT:

                _____
                Brian C. Buescher
                United States District Judge